#11091460
[initials]
$67.82
3/9/11

# MORRIS L. HORWITZ
## Chapter 7 United States Trustee in Bankruptcy
14 Lafayette Square, Suite 1440
Buffalo, NY 14203
(716) 838-4300 (Erie)   (716) 693-4529 (Niagara)
(716) 693-4685 (fax)

March 8, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202-2501

Re: KARM JUSTINE M,   Case 08-10077-K
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $67.82   I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

X   I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

___   The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant VERIZON            Amount $67.82      Claims Register # 5

/s/ Morris L. Horwitz
Morris L. Horwitz, Trustee


FILED MAR - 9 2011 BANKRUPTCY COURT BUFFALO, N.Y.